**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| MICHELLE MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:19-cv-00095-AJT-MSN |
| | ) | |
| v. | ) | |
| | ) | |
| SOS INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

Defendant SOS International LLC ("SOSI" or "Defendant"), by and through undersigned counsel, and pursuant to Local Rule 7.1 of the Eastern District of Virginia, hereby provides this Financial Interest Disclosure Statement and certifies as follows:

SOS International Ltd is the parent company of SOSI. SOSI further states that it issues no stock, and has no parents, trusts, subsidiaries, or affiliates that have issued shares of stock or debt securities to the public.

Dated: February 19, 2019

Respectfully submitted,

*/s/ Sherron Thomas McClain*
_____
Sherron Thomas McClain (VSB No. 72285)
Theresa M. Connolly (VSB No. 46583)
Fisher & Phillips LLP
2011 Crystal Drive, Suite 400
Arlington, Virginia 22201
O: (703) 682-7095
F: (202) 403-3767
tconnolly@fisherphillips.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 19th day of February, 2019, a copy of the foregoing was filed with the Clerk of the court using the Court's CM/ECF System, which will send notification of such filing to all registered filers.

    Benjamin R. Inman (VSB # 84006)
    J. Madison PLC
    1750 Tysons Blvd., Suite 1500
    McLean, Virginia 22102
    P (703) 910-5062
    F (703) 910-5107
    binman@jmadisonplc.com
    *Attorney for Plaintiff*

    */s/ Sherron Thomas McClain*
    _____
    Sherron Thomas McClain